FILED
CLERK, U.S. DISTRICT COURT

9/23/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ALEJANDRO HERNANDEZ,<br>    aka "Lil Droopy,"<br><br>       Defendant. | CR 2:25-cr-00778-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about May 30, 2025, in Los Angeles County, within the Central District of California, defendant ALEJANDRO HERNANDEZ, also known as "Lil Droopy," knowingly possessed the following firearm and ammunition, each in and affecting interstate and foreign commerce:

1.    A Llama, model Comanche III, .357 Magnum caliber revolver, bearing serial number 126893;

2.    One round of .357 magnum caliber ammunition stamped "PMC 357 MAG"; and

3.    Four rounds of .357 magnum caliber ammunition stamped "*357 MAGNUM*".

Defendant HERNANDEZ possessed such firearm and ammunition knowing that he had previously been convicted of the following felony crime, punishable by a term of imprisonment exceeding one year: Carrying a Loaded Firearm, in violation of California Penal Code Section 25850(a), in the Superior Court of the State of California, County of Los Angeles, Case Number 24CMCF01936, on or about November 13, 2024.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in the sole count of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//
//

3

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                      A TRUE BILL


                                      /S/ _____
                                      Foreperson


BILAL A. ESSAYLI
Acting United States Attorney

JOESEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KALI M. YALLOURAKIS
Assistant United States Attorney
General Crimes Section

4